**Order entered January 31, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00902-CV

### REV. RYAN "SASHA" GALLAGHER, Appellant

### V.

### TEXAS ATTORNEY GENERAL (KEN PAXTON),
### TEXAS DEPARTMENT OF PUBLIC SAFETY, AND WAYNE A. MUELLER, Appellees

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02400**

## ORDER

Before the Court is appellant's January 30, 2020 "Motion for Fee Waiver for Transcript." Because the clerk's record has been filed, the Court construes appellant's motion as a request that the reporter's record be filed at no cost. By letter dated January 24, 2020, the court reporter informed the Court that no hearings were recorded. Accordingly, we **DENY** appellant's motion.

Appellant shall file his brief on the merits **WITHIN THIRTY DAYS** of the date of this order.

/s/    ERIN A. NOWELL
           JUSTICE